Hart v. Oregon Short Line R. Co., 207 Ill. App. 290.

## M. V. Hart, Appellee, v. Oregon Short Line Railroad Company, Appellant.

### Gen. No. 22,999. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1917. Reversed with finding of fact. Opinion filed October 2, 1917.

### Statement of the Case.

Action by M. V. Hart, plaintiff, against the Oregon Short Line Railroad Company, a corporation, defendant, to recover damages for delay in transit of a shipment of sheep. From a judgment for plaintiff for $300, defendant appeals.

John A. Sheean, for appellant.

Frank D. Fulton and Eugene L. Garey, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

### Abstract of the Decision.

1. Courts, § 151*—*binding effect of decisions.* A decision of the Appellate Court is not binding in any other case.

2. Courts, § 158*—*when federal decisions binding on State courts.* In questions involving interstate commerce, the decisions of the United States Supreme Court are controlling and decisive regardless of the decisions of the State courts.

3. Commerce, § 3*—*what was purpose of Hepburn Act.* The purpose of the Hepburn Act, as amended June 29, 1906, regulating interstate commerce was equality and prevention of discrimination.

4. Carriers, § 241*—*waiver of time limit for presentation of claim of loss by carrier.* A clause in an interstate limited liability

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

contract of shipment of live stock, issued under the Carmack Amendment of 1906 to the Hepburn Act, finding that unless claims for loss, damage or detention be presented within ten days of the date of the unloading of the stock at destination and before the stock is mingled with other stock they shall be deemed waived, cannot be waived by the carrier.

---

## William J. Corrigan, Appellant, v. Andrew J. Harris, Appellee.

### Gen. No. 23,008. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. LEO J. DOYLE, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed October 2, 1917. Rehearing denied October 15, 1917.

### Statement of the Case.

Action by William J. Corrigan, plaintiff, against Andrew J. Harris, defendant, to recover on a note for $800, payable to R. G. Howse, and by the latter indorsed to plaintiff. From a judgment of *nil capiat*, in favor of defendant, plaintiff appeals.

SAMUEL J. HAMBLEN, for appellant.

MONTGOMERY, HART, SMITH & STEERE, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. BILLS AND NOTES, § 251*—*what defense is available against purchaser after maturity.* In an action on a note, evidence *held* sufficient to show that the note given by defendant was accommo-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.